## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LINDA CICCHETTI** | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| | ) | Removed from the Superior Court for the |
| | ) | State of Delaware, Case No. N19C-07-097 |
| **TRANSPORT SERGE BEAUREGARD,** | ) | |
| **INC., STEPHANE FRAPPIER, AND** | ) | |
| **CECIL F. HILL,** | ) | |
| | ) | **NOTICE OF REMOVAL** |
| Defendants. | ) | |

Defendant Transport Serge Beauregard (hereinafter "Defendant TSB") by and through its attorney, Elizabeth Sandza of Wilson Elser Moskowitz Edelman & Dicker LLP, submits this notice of removal in accordance with 28 U.S.C. § 1446 and states as follows in support:

1. Plaintiff filed a complaint in the Superior Court for the State of Delaware on July 12, 2019 commencing the action Linda Cicchetti v. Transport Serge Beauregard, Inc., Stephane Frappier, and Cecil F. Hill (Case No. N19C-07-097). A copy of the complaint is attached hereto as Exhibit 1.

2. Defendant TSB's notice of removal is timely, because Plaintiff served the complaint and summons on TSB on September 11, 2019; within 30 days of this notice of removal.

3. Plaintiff is a resident of Delaware.

4. Defendant TSB is a corporation organized under the laws of Canada and has its principal place of business in the Province of Quebec, Canada.

5. Defendant Stephane Frappier is a citizen of Quebec, Canada.

6. Defendant Cecil F. Hill is a citizen of Maryland.

7. Plaintiff is a citizen of Delaware.

10204190v.1

8. Therefore, there is complete diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

9. In Plaintiff's Complaint, Plaintiff alleges, as a result of Defendants' conduct, she sustained injuries and damages, including but not limited to: rib fractures, bilateral pleural effusion of lung, cuts, head injuries, neck injuries, permanent and disabling injuries to her mid/low back as a result of sustained a burst fracture at T8-T9, permanent impairment, physical and mental consequences, discomfort, anxiety, grief, medical expenses, including but not limited to, those not covered by her personal injury protection ("PIP") insurance and future medical expenses, lost wages/earnings, pain and suffering, disruption to life, reduced quality of life due to a decrease in activities as a result of her injuries, and mental and emotional distress that accompanies loss of ability to pursue pleasurable activities and enjoyment. *See* Exh. 1 at ¶ 16.

10. On April 29, 2019, prior to filing the instant lawsuit, Plaintiff submitted a settlement demand to Defendants in the amount of $1,250,000.00. *See* Affidavit of Arman Nafisi, attached hereto as Exhibit 2 at ¶ 5.

11. Without agreeing or admitting to the validity of Plaintiff's claims, Defendant TSB acknowledges the amount in controversy exceeds $75,000 pursuant to 28 U.S.C. §§ 1332(a)(2).

12. Counsel for Defendant TSB also represents Defendant Stephane Frappier and Defendant Stephanie Frappier consents to this removal. *See* Exh. 2 at ¶¶ 2, 9.

13. Counsel for Defendant TSB conferred with counsel for Defendant Cecil F. Hill and Defendant Cecil F. Hill consents to this removal. *See* Exh. 2 at ¶¶ 7-8.

14. As such, all of the requirements for removal of the state court action to this court under 28 U.S.C. § 1446 have been met.

For the foregoing reasons, Defendant TSB removes this action from the Superior Court for the State of Delaware to the United States District Court for the District of Delaware.

Respectfully submitted,

By: */s/ Elizabeth Sandza*
Elizabeth Sandza
**Wilson Elser Moskowitz Edelman & Dicker, LLP**
1500 K Street, NW, Suite 330
Washington, D.C. 20005
(206) 626-9091; fax: (202) 628-3606
elizabeth.sandza@wilsonelser.com
Attorney for Defendants Transport Serge Beauregard and Stephane Frappier

### CERTIFICATE OF SERVICE

A copy of the foregoing, as filed electronically with this Court on this 11th day of October, 2019 will be provided via regular mail to:

Patrick Gallagher
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
(302) 656-5445
Attorney for Plaintiff

Sean A. Dolan
Mintzer Sarowitz Zeris Ledva & Meyers LLP
Citizens Bank Center
919 North Market Street, Suite 200
Wilmington, DE 19801
(302) 351-2283
Attorney for Defendant Cecil F. Hill

Robert M. Greenberg
Trybout Redfern & Pell
750 Shipyard Drive, Suite 400
Wilmington, DE 19801
(302) 657-5550
Attorney for Defendant Cecil F. Hill

*/s/ Elizabeth Sandza*
Elizabeth Sandza

10204190v.1